## Huseby, Inc  Charlotte
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

**Bill To:** Randall D Avram Esq
Kilpatrick Stockton LLP
3737 Glenwood Avenue
Suite 400
Raleigh, NC 27612

**Invoice #:** NC31807
**Invoice Date:** 11/28/2007
**Balance Due:** $ 1,233.20

**Case #:** 106CV00907

**Case:** Marcus Andrew Smith v. Computer Task Group Inc
**Job #:** 20730 | **Job Date:** 11/8/2007 | **Delivery:** Normal
**Billing Atty:** Randall D Avram Esq
**Location:** Kilpatrick Stockton
3737 Glenwood Avenue | Suite 400 | Raleigh, NC 27612
**Sched Atty:** Randall D. Avram, Esq

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Marcus A Smith | Transcript - Original & 1 copy | Page | 236.00 | $3.85 | $908.60 |
| 2 | | Attendance - Full Day | | 1.00 | $140.00 | $140.00 |
| 3 | | Exhibits | Per page | 182.00 | $0.30 | $54.60 |
| 4 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 5 | | Document Repository | 1 | 1.00 | $10.00 | $10.00 |
| 6 | | Delivery | Package | 1.00 | $20.00 | $20.00 |

**Notes:**

**Invoice Total:** $1,233.20
**Payment:**
**Credits:**

Fed. Tax ID: 20-3132569      Term: Due Upon Receipt

**Balance Due:** $1,233.20

**TERMS:** Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to: **National Depo**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** NC31807
**Job #:** 20730
**Invoice Date:** 11/28/2007
**Balance:** $ 1,233.20

EXHIBIT A
Court Reporter Invoices
Page 1 of 1

# Huseby, Inc Charlotte
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

**Bill To:** David C Lindsay Esq
Kilpatrick Stockton LLP
3737 Glenwood Avenue
Suite 400
Raleigh, NC 27612

**Invoice #:** NC35795
**Invoice Date:** 02/20/2008
**Balance Due:** $ 1,341.90

**Case #:** 106CV00907

**Case:** Marcus Andrew Smith v. Computer Task Group Inc
**Job #:** 24263 | **Job Date:** 2/15/2008 | **Delivery:** Expedited
**Billing Atty:** David C Lindsay Esq
**Location:** Kilpatrick Stockton LLP
3737 Glenwood Avenue | Suite 400 | Raleigh, NC
**Sched Atty:** David C Lindsay Esq | Kilpatrick Stockton

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Marcus Smith | Transcript - Original & 1 copy | Page | 160.00 | $6.91 | $1,105.60 |
| 2 | | Attendance -Half Day | | 1.00 | $80.00 | $80.00 |
| 3 | | Exhibits | Per page | 71.00 | $0.30 | $21.30 |
| 4 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 5 | | Document Repository | 1 | 1.00 | $15.00 | $15.00 |
| 6 | | Delivery | Package | 1.00 | $20.00 | $20.00 |

**Notes:**

**Invoice Total:** $1,341.90
**Payment:**
**Credits:**
**Balance Due:** $1,341.90

Fed. Tax ID: 20-3132569    Term: Due Upon Receipt

TERMS:   Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #                                    Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC35795
Job #: 24263
Invoice Date: 02/20/2008
**Balance : $ 1,341.90**

EXHIBIT A
Court Reporter Invoices   Page 1 of 1

## Huseby, Inc Charlotte
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

**Bill To:** David C Lindsay Esq
Kilpatrick Stockton LLP
3737 Glenwood Avenue
Suite 400
Raleigh, NC 27612

**Invoice #:** NC36542
**Invoice Date:** 03/05/2008
**Balance Due:** $ 333.60

**Case #:** 106CV00907

**Case:** Marcus Andrew Smith v. Computer Task Group Inc
**Job #:** 24526 | **Job Date:** 2/27/2008 | **Delivery:** Normal
**Billing Atty:** David C Lindsay Esq
**Location:** Kilpatrick Stockton LLP
3737 Glenwood Avenue | Suite 400 | Raleigh, NC

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Julie Powers | Copy | Page | 88.00 | $2.25 | $198.00 |
| 2 | | Exhibits | Per page | 2.00 | $0.30 | $0.60 |
| 3 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 4 | | Document Repository | 1 | 1.00 | $15.00 | $15.00 |
| 5 | | Delivery | Package | 1.00 | $20.00 | $20.00 |

**Notes:**

**Invoice Total:** $333.60
**Payment:**
**Credits:**
**Balance Due:** $333.60

Fed. Tax ID: 20-3132569      Term: Due Upon Receipt

**TERMS:** Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **National Depo**
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** NC36542
**Job #:** 24526
**Invoice Date:** 03/05/2008
**Balance :** $ 333.60

EXHIBIT A
Court Reporter Invoices  Page 1 of 1

**Huseby, Inc Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

| | |
|---|---|
| **Bill To:** David C Lindsay Esq<br>Kilpatrick Stockton LLP<br>3737 Glenwood Avenue<br>Suite 400<br>Raleigh, NC 27612 | **Invoice #:** NC36741<br>**Invoice Date:** 03/07/2008<br>**Balance Due:** $0.00<br><br>**Case #:** 106CV00907 |

| | |
|---|---|
| **Case:** | Marcus Andrew Smith v. Computer Task Group Inc |
| **Job #:** | 24525 | Job Date: 2/29/2008 | Delivery: Expedited |
| **Billing Atty:** | **David C Lindsay Esq** |
| **Location:** | Kilpatrick Stockton LLP<br>3737 Glenwood Avenue | Suite 400 | Raleigh, NC |
| **Sched Atty:** | David C Lindsay Esq | Kilpatrick Stockton |

| Item | Witness | Description | | Amount |
|---|---|---|---|---|
| 1 | Pamela I Hartsfield Phd | Transcript - Original & 1 copy | | $1,754.98 |
| **Notes:** | | | **Invoice Total:** | **$1,754.98** |
| | | | **Payment:** | ($1,754.98) |
| | | | **Credits:** | |
| Fed. Tax ID: 20-3132569 | | Term: Due Upon Receipt | **Balance Due:** | **$0.00** |

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

| | | |
|---|---|---|
| Make check payable to: National Depo<br><br>☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box<br><br>_____  _____<br>Credit Card #                                                Exp. Date<br>SIGNATURE (AS IT APPEARS ON CREDIT CARD)<br><br>PRINT NAME (AS IT APPEARS ON CREDIT CARD)<br><br>DAYTIME PHONE | Please remit payment to:<br>National Depo<br>P.O. Box 404743<br>Atlanta, Ga 30384-4743 | **Invoice #: NC36741**<br>**Job #: 24525**<br>**Invoice Date: 03/07/2008**<br>**Balance : $0.00** |

EXHIBIT A
Court Reporter Invoices

**Huseby, Inc  Charlotte**
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

| | |
|---|---|
| **Bill To:** David C Lindsay Esq<br>Kilpatrick Stockton LLP<br>3737 Glenwood Avenue<br>Suite 400<br>Raleigh, NC 27612 | **Invoice #:** NC36891<br>**Invoice Date:** 03/10/2008<br>**Balance Due:** $0.00<br><br>**Case #:** 106CV00907 |

| | |
|---|---|
| **Case:** Marcus Andrew Smith v. Computer Task Group Inc | |
| **Job #:** 25049  |  Job Date: 3/4/2008  |  Delivery: Expedited | |
| **Billing Atty:** David C Lindsay Esq | |
| **Location:** Kilpatrick Stockton LLP<br>3737 Glenwood Avenue | Suite 400 | Raleigh, NC | |

| Item | Witness | Description | | Amount |
|---|---|---|---|---|
| 1 | Dawn Borden | Copy | | $1,726.26 |
| Notes: | | | **Invoice Total:** | $1,726.26 |
| | | | **Payment:** | ($1,726.26) |
| | | | **Credits:** | |
| Fed. Tax ID: 20-3132569 | | Term: Due Upon Receipt | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

| | | |
|---|---|---|
| Make check payable to:  National Depo<br>☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box<br><br>_____   _____<br>Credit Card #                                                 Exp. Date<br>_____<br>SIGNATURE (AS IT APPEARS ON CREDIT CARD)<br>_____<br>PRINT NAME (AS IT APPEARS ON CREDIT CARD)<br>_____<br>DAYTIME PHONE | Please remit payment to:<br>National Depo<br>P.O. Box 404743<br>Atlanta, Ga 30384-4743 | **Invoice #:** NC36891<br>**Job #:** 25049<br>**Invoice Date:** 03/10/2008<br>**Balance :** $0.00 |

EXHIBIT A
Court Reporter Invoices

Huseby, Inc Charlotte
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

| Bill To: | David C Lindsay Esq<br>Kilpatrick Stockton LLP<br>3737 Glenwood Avenue<br>Suite 400<br>Raleigh, NC 27612 | | Invoice #:<br>Invoice Date:<br>Balance Due:<br><br>Case #: | NC36900<br>03/12/2008<br>$ 2,078.84<br><br>106CV00907 |
|---|---|---|---|---|

**Case:** Marcus Andrew Smith v. Computer Task Group Inc
**Job #:** 25050 | **Job Date:** 3/5/2008 | **Delivery:** Expedited
**Billing Atty:** David C Lindsay Esq
**Location:** Kilpatrick Stockton LLP
3737 Glenwood Avenue | Suite 400 | Raleigh, NC

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Michael Parris | Copy | Page | 200.00 | $5.21 | $1,042.00 |
| 2 | | Exhibits | Per page | 3.00 | $0.30 | $0.90 |
| 3 | | Document Repository | 1 | 1.00 | $15.00 | $15.00 |
| 4 | | Delivery | Package | 1.00 | $20.00 | $20.00 |
| 5 | | Rough ASCII | Page | 173.00 | $1.30 | $224.90 |
| 6 | Damon West | Copy | Page | 104.00 | $5.21 | $541.84 |
| 7 | | Exhibits | Per page | 16.00 | $0.30 | $4.80 |
| 8 | | Document Repository | 1 | 1.00 | $15.00 | $15.00 |
| 9 | | Administration Fee | 1 | 1.00 | $100.00 | $100.00 |
| 10 | | Rough ASCII | Page | 88.00 | $1.30 | $114.40 |

Notes:

| | | Invoice Total: | $2,078.84 |
|---|---|---|---|
| | | Payment: | |
| | | Credits: | |
| Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt | Balance Due: | $2,078.84 |

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #_____ Exp. Date_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: NC36900
Job #: 25050
Invoice Date: 03/12/2008
Balance : $ 2,078.84

EXHIBIT A
Court Reporter Invoices

## Huseby, Inc Charlotte
An Affiliate of National Depo
Tel: 704.333.9889
Fax: 704.372.4593

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

| Make check payable to: National Depo | Please remit payment to: | Invoice #: NC36900 |
|---|---|---|
| ☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box | National Depo<br>P.O. Box 404743<br>Atlanta, Ga 30384-4743 | Job #: 25050<br>Invoice Date: 03/12/2008<br>Balance : $ 2,078.84 |
| Credit Card #                    Exp. Date | | |
| SIGNATURE (AS IT APPEARS ON CREDIT CARD) | | |
| PRINT NAME (AS IT APPEARS ON CREDIT CARD) | | |
| DAYTIME PHONE | | |

EXHIBIT A
Court Reporter Invoices